## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24800-UU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAN STROMME,

    Defendant.

_____/

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order granting Plaintiff's Motion for Default Judgment entered concurrently herewith, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that a FINAL JUDGMENT is entered for Plaintiff United States of America and against Defendant Jan Stromme.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th__ day of January 2021.

.

                                                                        _____
                                                                      URSULA UNGARO
                                                                       UNITED STATES DISTRICT JUDGE

cc: Counsel of record via CM/ECF