IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24800-Ungaro/Reid

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| JAN STROMME, | ) |
| Defendant. | ) |

## UNITED STATES OF AMERICA'S MOTION TO AMEND FINAL JUDGMENT

The United States of America, pursuant to Federal Rule of Civil Procedure 59(e), respectfully moves this Court to amend the final judgment entered against Jan Stromme. On January 25, 2021, the Court granted the United States of America's motion for final default judgment. (Dkt. 18). In that order, the Court directed that final judgment be entered against Mr. Stromme "in the amount of $189,554.47 as of January 14, 2021, plus interest and statutory additions." (Dkt. 18 at 4). The same day, the Court entered final judgment "for Plaintiff United States of America and against Defendant Jan Stromme." (Dkt. 19 at 1). However, the final judgment neglected to include the money amount of the judgment.

"Rule 59(e) is the proper mechanism for seeking to amend a judgment to include explicit recitation of the monetary amount of the judgment." *Sequip Participações S.A.*, No. 15-23737-MC-LENARD/GOODMAN, 2019 WL 8301064, at *4 (S.D. Fla. Feb. 26, 2019); *Mitra v. Glob. Fin. Corp.*, No. 08–80914–CIV, 2009 WL 2423104, at *1 (S.D. Fla. Aug. 6, 2009) ("Rule 59 is the proper procedural mechanism to obtain a more complete and explicit recitation in the final judgment of the monetary amount of a judgment."). Moreover, "Rule 59(e) is particularly appropriate here to prevent a manifest injustice—it would be manifestly unjust for [the United

1

States] to be unable to enforce the Final Judgment due to the Court's failure to specify the monetary amount of the judgment." *Sequip*, 2019 WL 8301064, at *4. Therefore, the United States moves to amend the final judgment (Dkt. 19) to include a monetary award of "$189,554.47 as of January 14, 2021, plus interest and statutory additions," in conformity with the order granting final judgment (Dkt. 18).

### Local Rule 7.1(a)(3) Certification

Following the Court's entry of final judgment, counsel for Mr. Stromme contacted counsel for the United States. Pursuant to Local Rule 7.1(a)(3), counsel for the United States conferred with counsel for Mr. Stromme, who does not oppose the motion.

Dated: February 18, 2021

Respectfully Submitted,

David A. Hubbert
Acting Assistant Attorney General

**Jeremy A. Rill**
Jeremy A. Rill
Special Bar No. A5502675
Fla. Bar No. 124485
Jeremy.A.Rill@usdoj.gov
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-0513 (v)
202-514-4963 (f)
Attorney for the United States

Of Counsel:

Ariana Fajardo Orshan
United States Attorney
Southern District of Florida