IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24800-UU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAN STROMME, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## AMENDED FINAL JUDGMENT

THIS CAUSE is before the Court on the United States of America's Motion to Alter Judgment. D.E. 20 ("Motion"). The Court has considered the Motion, the record, and is otherwise fully advised in the premises. The Court will amend the judgment entered at D.E. 19 to conform with this Court's Order at D.E. 18. Pursuant to Federal Rule of Civil Procedure 59(e), it is hereby

ORDERED AND ADJUDGED that a FINAL JUDGMENT is entered for Plaintiff United States of America and against Defendant Jan Stromme in the amount of $189,554.47 as of January 14, 2021, plus interest and statutory additions.

DONE AND ORDERED in Chambers, Miami, Florida, this _22d_ day of February 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF

1