IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24800-Ungaro/Reid

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JAN STROMME, | ) ) |
| Defendant. | ) ) |

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff, the United States of America, through undersigned counsel, hereby states that the amended final judgment entered in favor of the United States and against Defendant, Jan Stromme, in the amount of $189,554.47 as of January 14, 2021, plus interest and statutory additions (Dkt. 21), has been satisfied. Accordingly, the United States respectfully requests that the Clerk of Court satisfy and cancel the above-referenced judgment of record.

Dated: April 23, 2021

Respectfully Submitted,

David A. Hubbert
Acting Assistant Attorney General

**Jeremy A. Rill**
Jeremy A. Rill
Special Bar No. A5502675
Fla. Bar No. 124485
Jeremy.A.Rill@usdoj.gov
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-0513 (v)
202-514-4963 (f)
Attorney for the United States